LYSSA S. ANDERSON
Nevada Bar No. 5781
RYAN W. DANIELS
Nevada Bar No. 13094
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Fax: (702) 796-7181
landerson@kcnvlaw.com
rdaniels@kcnvlaw.com

*Attorneys for Defendants*
*Sheriff Joseph Lombardo,*
*Officer D. Coyne and Officer G. Anton*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAWANN BOWIE,<br><br>　　　　Plaintiff,<br>vs.<br><br>OFFICER D. COYNE, in his official capacity as Las Vegas Metropolitan Peace Officer; OFFICER G. ANTON, in his official capacity as Las Vegas Metropolitan Peace Officer; SHERIFF JOE LOMBARDO, in his official capacity as Las Vegas Metropolitan Police Sheriff; CITY OF CLARK COUNTY NEVADA,<br><br>　　　　Defendants. | CASE NO.:　2:18-cv-00686-GMN-PAL<br><br>**STIPULATION TO EXTEND DISCOVERY**<br><br>(Second Request) |

Jawann Bowie ("Plaintiff"), Officer Daniel Coyne, Officer George Anton and Sheriff Joseph Lombardo ("LVMPD Defendants") and Clark County ("County") stipulate and request to extend the discovery cut-off date for thirty (30) days to allow the parties additional time to complete discovery. The current cut-off date is February 12, 2019 but the parties agree it should

be continued until **March 14, 2019**.  The parties respectfully request the Court enter an order to extend discovery for a brief period to allow the deposition of Plaintiff to be taken.

### I.   DISCOVERY COMPLETED TO DATE

The parties have exchanged their initial Rule 26 Disclosures and LVMPD Defendants provided their first supplemental disclosures to the parties.  LVMPD Defendants served their initial written discovery requests (Interrogatories, Requests for Production of Documents and Requests for Admissions) on Plaintiff and Plaintiff has responded.  LVMPD Defendants timely disclosed their expert report.  Recently LVMPD Defendants served several third-party subpoenas.

### II.   DISCOVERY YET TO BE COMPLETED

Upon receipt of the response to the various third-party subpoenas, LVMPD Defendants will provide a supplemental disclosure.  The deposition of Plaintiff is to be scheduled by the LVMPD Defendants.

### III.   REASONS WHY REMAINING DISCOVERY HAS NOT BEEN COMPLETED

The parties previously requested an extension of the discovery deadlines and have been diligent in conducting discovery since the request was granted.  However, due to the holidays, hearings, calendar and deadlines in other matters, LVMPD Defendants' Counsel has no time to depose the Plaintiff prior to the close of discovery.  As such, the parties request a brief thirty day extension so that Plaintiff's deposition can be taken in February.

### IV.   PROPOSED EXTENDED DEADLINES

The parties respectfully request this Court enter an order as follows:

**(A)   Discovery Deadline.**

The current discovery cut-off date of February 12, 2019, should be extended for a period of thirty (30) days, up to and including **March 14, 2019**.

**(B)    Experts and Rebuttal Experts.**

The deadline for disclosure of expert reports has passed and the parties do not request any extension of this deadline.  The parties, and each of them, shall disclose rebuttal experts by **January 14, 2019**.

**(C)    Dispositive Motions.**

All pretrial motions, including but not limited to, discovery motions, motions to dismiss, motions for summary judgment, and all other dispositive motions shall be filed and served no later than thirty (30) days after the close of discovery, or by **April 15, 2019**.

**(D)    Motions in Limine/*Daubert* Motions.**

Under LR 16-3(b), any motions in limine, including *Daubert* motions, shall be filed and served 30 days prior to the commencement of Trial.  Oppositions shall be filed and served and the motion submitted for decision 14 days thereafter.  Reply briefs will be allowed only with leave of the Court.

**(E)    Pretrial Order.**

Pursuant to LR 26(1)(e)(5), the Joint Pretrial Order shall be filed with this Court no later than thirty (30) days after the date set for filing dispositive motions, or by **May 15, 2019**, unless dispositive motions are filed, in which case the date for filing the Joint Pretrial Order shall be suspended until 30 days after the decision on the dispositive motions or further order of this Court.  The disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections shall be included in the final pretrial order.

**(F)    Interim Status Report.**

The parties have already filed the Joint Interim Status Report at ECF No. 25.

/ / /

/ / /

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

**(G)     Extensions or Modification of the Discovery Plan and Scheduling Order.**

In accordance with LR 26-4, applications to extend any date set by the discovery plan, scheduling order, or other order must, in addition to satisfying the requirements of LR 6-1, be supported by a showing of good cause for the extension. All motions or stipulations to extend a deadline set forth in a discovery plan shall be received by the Court not later than 21 days before the expiration of the subject deadline. A request made after the expiration of the subject deadline shall not be granted unless the movant demonstrates that the failure to set was the result of excusable neglect. Any motion or stipulation to extend a deadline or to reopen discovery shall include:

(a)     A statement specifying the discovery completed;

(b)     A specific description of the discovery that remains to be completed;

(c)     The reasons why the deadline was not satisfied or the remaining discovery was not completed within the time limits set by the discovery plan; and

(d)     A proposed scheduled for completing all discovery.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1    This request for an extension is made in good faith, jointly by the parties hereto, to allow

2    the parties adequate time for discovery. This request is timely. Trial is not yet set in this matter

3    dispositive motions have not yet been filed. Accordingly, this extension will not delay this case.

4    Moreover, since this request is a joint request, neither party will be prejudiced. The extension

5    will allow the parties the necessary time to prosecute this case.

6    DATED this 7th day of January, 2019.

8    By: /s/ Lyssa S. Anderson                      By: /s/ Jawann Bowie
     LYSSA S. ANDERSON                                  JAWANN BOWIE
9    (Nevada Bar No. 5781)                              1143 S. Prairie
     RYAN W. DANIELS                                    Inglewood, CA, 90301
10   (Nevada Bar No. 13094)
     1980 Festival Plaza Dr.                            *Plaintiff in Proper Person*
11   Las Vegas, Nevada 89135

12   *Attorneys for Defendants*
     *Sheriff Joseph Lombardo, Officer D.*
13   *Coyne and Officer G. Anton*

15   By: /s/ Jason B. Patchett
     JASON B. PATCHETT
16   (Nevada Bar No. 13928)
     500 S. Grand Central Pkwy.
17   Las Vegas, NV 89155

18   *Attorney for Clark County*

20   **IT IS SO ORDERED:**

22   _____
     UNITED STATES MAGISTRATE JUDGE
     CASE NO.: 2:18-cv-00686-GMN-PAL

23   Dated: January 10, 2019

**KAEMPFER CROWELL**
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135