# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JAWANN BOWIE,

        Plaintiff,

vs.

JOSEPH LOMBARDO *et al.*,

        Defendants.

Case No.: 2:18-cv-00686-GMN-BNW

**ORDER**

On February 20, 2019, the Court granted Defendants' Motions to Dismiss, (ECF Nos. 6, 12). (*See* Order, ECF No. 28). With respect to certain Defendants, the Court dismissed Plaintiff's complaint without prejudice, permitting him to file an amendment. (*Id.* 13:18–20). Consistent with the Court's deadline, Plaintiff filed his Amended Complaint, (ECF No. 29), on March 18, 2019.

In early April, Defendants filed renewed Motions to Dismiss, (ECF Nos. 31, 33), with respect to the Amended Complaint. Plaintiff's responses to the Motions were due on April 15, and April 17, 2019. (*See id*). To date, Plaintiff has not filed responses and the deadline to do so has passed.

Local Rule 7-2(d) provides: "The failure of an opposing party to file points and authorities in response to any motion . . . constitutes a consent to the granting of the motion." Because Plaintiff has failed to oppose Defendants' Motions to Dismiss, Plaintiff has consented to the Court's granting of the same.

Accordingly,

///

///

**IT IS HEREBY ORDERED** that Defendants' Motions to Dismiss, (ECF Nos. 31, 33), are **GRANTED**.

The Clerk of Court is instructed to close the case and enter judgment accordingly.

**DATED** this __13__ day of May, 2019.

_____
Gloria M. Navarro, Chief Judge
United States District Judge